# EXHIBIT 1

Civil Action Cover Sheet - Case Initiation     (12/01/24) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Jimahla Tillman

Shannon Sharpe      v.    Christian Dear
Chad Johnson        Shay Shay Media

No. **2025L005447**
**Judge: Calendar, B**

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☐ No

**F I L E D**
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road
  Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: _____
(Attorney)                    (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☒ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____
   _____

Primary Email: rsvpbet@yahoo.com

Secondary Email: Jimahla Tillman

Tertiary Email: _____

**Pro Se Only:** ☒ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: rsvpbet@yahoo.com

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
Page 1 of 1



**FILED**
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Complaint                                              (12/01/24) CCL 0063 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### COUNTY DEPARTMENT, LAW

Jimalita Tillman
_____
                    Plaintiff(s)

Shannon Sharpe    v.    christian Bear
Chad Johnson    Shay Shay media
_____
                    Defendant(s)

Case No. **2025L005447**
**Judge: Calendar, B**

Contract: _____

Amount Claimed: 20,000,000

Return Date: _____

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required.):

See Attachmet S

The allegations in this complaint are true.

Atty. No.: _____    Pro Se 99500

Atty Name: _____

Atty. for (if applicable): _____

Address: 4321 S. King Dr

City: Chicago    State: IL

Zip: 60653

Telephone: 773-439-9748

Primary Email: rsvpbet@yahoo.com

Dated: 4-24-25

Jimalita Tillman
_____
                    Signature

**Mariyana T. Spyropoulos,, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 2

**Complaint** <span style="float:right">(12/01/24) CCL 0063 B</span>

Claims - continued

**COMPLAINT FOR DEFAMATION (Libel and slander)**

**1. Parties**
   **- Plaintiff: Jimalita Tillman, an individual residing in Chicago, Illinois.**
   **- Defendants: Shannon Sharpe and Chad Johnson, associated with ShayShay Media.**

2. Jurisdiction and Venue
   - This Court has jurisdiction over this matter, as the plaintiff resides in Cook County, Illinois, and the defamatory statements made by the defendants have significantly impacted the plaintiff's reputation within the state.

3. Facts
   - On April 2, 2025, I participated in a fan engagement moment at an Usher Raymond concert, where I interacted with the artist as a selected audience member.
   - Following this event, the defendants made and disseminated false and defamatory statements suggesting that I was married and that my husband was filing for divorce due to my participation in this audience experience.
   - I am not married, nor am I currently going through a divorce; I was not married at the time of the fan participation moment during the Usher concert.
   - The defendants' false narrative was shared widely across their platforms, reaching millions of followers.

4. Viral Spread and Refutation Efforts
   - Despite my clear and public refutation of the false narrative, including appearances on national media outlets such as WGN News and The Ricky Smiley Morning Show within 72 hours of the viral story, the defendants continued to post the defamatory content across their social media platforms.
   - I made numerous efforts to contact the defendants to request the removal of this false narrative, but these requests were disregarded.

5. Libel and Defamation
   - The statements made by the defendants are false and defamatory, causing significant harm to my character and reputation.
   - Their continued dissemination of these false statements after I publicly clarified my marital status demonstrates a reckless disregard for the truth.

6. Impact
   - The ongoing misinformation has resulted in emotional distress for the plaintiff, damaged her reputation, and adversely affected her personal and professional relationships.
   - The plaintiff seeks to hold the defendants accountable for their negligence in allowing these libelous statements to persist.

**COMPLAINT FOR DEFAMATION (Libel and slander) Continued**

**1. Parties**
   **- Plaintiff: Jimalita Tillman, an individual residing in Chicago, Illinois.**
   **- Defendants: Shannon Sharpe and Chad Johnson, associated with ShayShay Media.**

7. Relief Requested
   - Plaintiff seeks compensatory and punitive damages in the amount of $20 million from ShayShay Media and its representatives and affiliates for the defamation against her, as well as any further relief deemed appropriate by the court.

8. Conclusion
   - The plaintiff respectfully requests the Court grant the relief as outlined above and any additional relief that is just and proper.

# EXHIBIT 2

IN THE COOK COUNTY CIRCUIT COURT, STATE OF ILLINOIS

| | |
|---|---|
| **Jinalta Tillman** | Case No.: **2025L005447** |
| Plaintiff/Petitioner | |
| vs. | |
| **Shay Shay Media; Chad Johnson; Christian Dear;** | AFFIDAVIT OF SERVICE OF |
| **Shannon Sharpe** | **Summonses; CIVIL ACTION COVER SHEET - CASE** |
| Defendant/Respondent | **INTIATION; COMPLAINT** |

I, **Ethan Timothy Hammock**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, LLC 1099 Stewart St, Suite 700, Seattle, WA 98101 License No 117-001765 or I am a registered private detective or a registered employee of a private detective agency.

On the **27th day of June, 2025 at 4:30 PM**, I, **Ethan Timothy Hammock, SERVED Shannon Sharpe at 867 Carlton Rdg NE, Atlanta, Fulton County, GA 30342** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **an individual who refused to provide their name**, who is 13 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

On 06/29/2025 _____ a copy was mailed in a sealed envelope with postage fully prepaid, addressed to **Shannon Sharpe** at his/her usual place of abode.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **I delivered the documents to an individual who refused to give their name who identified themselves as the resident. The individual tried to refuse service by not opening door and stated that the defendant was not currently at home. (documents left, seen by subject). The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Service Fee Total: **$85.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct.

| | | |
|---|---|---|
| NAME: _*signature*_ | N/A | 06/28/2025 |
| Ethan Timothy Hammock | Server ID # | Date |

IN THE COOK COUNTY CIRCUIT COURT, STATE OF ILLINOIS

**FILED**
**JUL 03 2025**
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

| | |
|---|---|
| **Jimalita Tillman** | Case No.: **2025L005447** |
| Plaintiff/Petitioner | |
| vs. | |
| **Shannon Sharpe; Et Al** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **Complaint; Summons** |

I, **Neame Saca Flores**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, LLC 1099 Stewart St, Suite 700, Seattle, WA 98101 License No 117-001765 or I am a registered private detective or a registered employee of a private detective agency.

On the **3rd day of July, 2025 at 10:17 AM**, I, **Neame Saca Flores**, SERVED **Christian dear** at **9610 Zelzah Ave Apt 302, Northridge, Los Angeles County, CA 91325** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Christian dear**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Christian dear with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a goatee. Also I've talked to Citicorp management office and said they don't have an a manger onsite as the residents own the properties Citicorp number 8188945805**

Service Fee Total: **$75.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct.

| | | |
|---|---|---|
| NAME: _Neame Flores_ | 2024080535 | 07/03/2025 |
| Neame Saca Flores | Server ID # | Date |



REF: **5446 Gil**

Tracking #: **0176396724**

# CERTIFICATION FOR EXEMPTION FROM E-FILING

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** _Jimah t Tillman_
*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** _Shannon Sharpe Shay Shay media_
*Who the case was filed against.* _Christian Dear, Chad Johnson_

*First, Middle, and Last Name, or Business Name*

**2025L005447**
**Judge: Calendar, B**
**Case Number**

---

You are automatically exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; or
- your disability prevents you from e-filing.

**1. I am not able to e-file documents in this case because:**
*Check why you are asking to file by mail, in person, or another way.*

[X] I do not have a lawyer and at least one of the following statements is true:
  - I do not have the Internet or computer access in the home and travel presents a hardship (financial or otherwise);
  - I have trouble reading, writing, or speaking in English, or
  - I tried to e-file my forms, but was not able to complete the process because the equipment or help I need was not available.

[ ] I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

**2. For the reason above, I am entitled to a good cause exemption from e-filing under Illinois Supreme Court Rule 9(c)(5).**

---

## SIGN

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

Your Signature /s/ _Jimalita Till_   Print Your Name _Jimalita Tillman_

Your Phone Number _773-439-9748_   Attorney Number (if any) _____

Your Email (if you have one) _rsvpbet@yahoo.com_

Your Address _4321 S. king Dr. Chicago IL 60653_
        *Street, Apt. #*          *City*          *State*   *Zip Code*

Be sure to **check your email** **every day** so you do not miss important information, court dates, or documents from other parties.

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

EW-C 3401.4          Page 1 of 1          (11/24)

FILED
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

# APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

COUNTY Cook
County Where You Are Filing the Case

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE** Jimalita Tillman
Who Started the Case — First, Middle, and Last Name or Business Name

**DEFENDANT/RESPONDENT** Shannon Sharpe Chad Johnson Shay Shay media
Who the Case Was Filed Against — First, Middle, and Last Name or Business Name

2025L005447
Judge: Calendar, B
**Case Number**
(Clerk fills in)

Use this form to ask the judge to **waive your court fees, costs, and charges in a civil court case**. If your case is a criminal case, use the *Application for Waiver of Criminal Court Assessments* form.

If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

## 1. BASIC INFORMATION

A. I am completing this form *(check one)*:

☒ For myself. ☐ On behalf of a minor or incompetent adult *(Use the minor or incompetent adult's information on this form)*

B. Your Name *(applicant)*: Jimalita Tillman
First / Middle / Last Name

C. Address: 4321 S, King Dr Chicago Il. 60653
Street, Apt. # / City / State / Zip Code

D. I cannot afford to pay the court fees, costs, and charges in this case.

## 2. HOUSEHOLD INFORMATION

*List the number of people who live with you whom you support. Support means the people rely on you financially. If on behalf of a minor or an incompetent adult, use their information.*

A. I support 1 adults (not counting myself) who live with me.
\# of Adults

B. I support ______ children under 18 who live with me.
\# of Children Under 18

## 3. PUBLIC BENEFITS

*Check all the benefits that you currently receive. Be prepared to provide proof that you currently receive at least 1 of the checked benefits if asked.*

I currently receive the following public benefits *(check all that apply)*:

- ☐ SSI (Supplemental Security Income, not Social Security)
- ☒ SNAP (Supplemental Nutrition Assistance Program/ Food Stamps)
- ☐ AABD (Aid to the Aged, Blind and Disabled)
- ☐ TANF (Temporary Assistance for Needy Families)
- ☐ General Assistance Program (GA), Transitional Assistance, or State Children and Family Assistance

*Case Number* _____

> **STOP:** Read this note to see **what to complete next.**
>
> ☐ I checked one of the public benefit boxes in section 3.
> > ▶ Skip section 4 and section 5. Go to section 6 on page 4. You qualify for a full fee waiver (735 ILCS 5/5-105(a)(2)(i), (b)(1)).
> > – OR –
> ☐ I did **not** check any of the public benefit boxes in section 3.
> > ▶ **Complete section 4 and section 5,** including both columns.

## 4. FINANCIAL INFORMATION

*Do not fill out this section if you checked any boxes in section 3. Skip to section 6.*

*If you did **not** check any boxes in section 3, fill out information below for **both** the past month and the past 12 months. Be prepared to provide proof of your income, the value of your belongings (including real estate), and your expenses if asked.*

A. I have a **pending application for 1 or more of the benefits** listed in section 3:

☐ Yes          ☐ No

B. I received the following income (money) in the **past month**. List the gross (before taxes) amount *(check all that apply)*:

C. I received the following income (money) in the past **12 months**. List the gross (before taxes) amount *(check all that apply)*:

| MONTHLY INCOME: | | YEARLY INCOME: | |
|---|---|---|---|
| **Type** | **Total received in the past month** | **Type** | **Total received in the past 12 months** |
| ☐ No income | | ☐ No income | |
| ☐ My employment | $_____ | ☐ My employment | $_____ |
| ☐ Social Security (not SSI) | $_____ | ☐ Social Security (not SSI) | $_____ |
| ☐ Child Support | $_____ | ☐ Child Support | $_____ |
| ☐ Unemployment | $_____ | ☐ Unemployment | $_____ |
| ☐ Pension | $_____ | ☐ Pension | $_____ |
| ☐ Money from other household members | $_____ | ☐ Money from other household members | $_____ |
| ☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)* | | ☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)* | |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| **Total of all money received in the past month** | $_____ | **Total of all money received in the past 12 months** | $_____ |

Case Number _____

D. I have the following **monthly expenses**
   *(check all that apply. If you share expenses
   with someone, list only the amount you pay):*

**MONTHLY EXPENSES:**

| Type of expense | Amount per month |
|---|---|
| ☐ Rent | $ _____ |
| ☐ Home mortgage | $ _____ |
| ☐ Other mortgage | $ _____ |
| ☐ Utilities | $ _____ |
| ☐ Food | $ _____ |
| ☐ Medical | $ _____ |
| ☐ Vehicle, including any loans | $ _____ |
| ☐ Childcare | $ _____ |
| ☐ Child support | $ _____ |

☐ Other monthly expenses not listed above
   *(list type and amount)*

| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**Total of all expenses
in the past month**    $ _____

☐ None of the above

E. I own the following **items and their value is**
   *(check all that apply):*

**ITEMS OF VALUE:**

| Item | Total value |
|---|---|
| ☐ Bank accounts and cash | $ _____ |
| ☐ Home<br>The total I owe on my home mortgage is<br>$ _____ | $ _____ |
| ☐ Other real estate (not including the house I live in) | $ _____ |
| ☐ 1st vehicle worth | $ _____ |
|    Is the 1st vehicle paid off? | ☐ Yes    ☐ No |
| ☐ 2nd vehicle worth | $ _____ |
|    Is the 2nd vehicle paid off? | ☐ Yes    ☐ No |

☐ Other *(list items and value)*

| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

☐ None of the above

## 5. HARDSHIP INFORMATION *(Optional)*

*If there is additional information you think the judge should know about why you cannot afford to pay the court fees, include that information here.*

It would be a substantial hardship for me or my family if I have to pay the fees, costs, and charges because:

_____
_____
_____
_____
_____

Case Number _____

## 6. IF QUESTIONS ABOUT APPLICATION

If the judge has questions about my *Application* and I have to attend court, I want:

☐ A remote court date (video or telephone)

☒ An in-person court date



### SIGN:

Under 735 ILCS 5/1-109, your signature means that you:
1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ *Jonalita Tillman*          Print Your Name Jonalita Tillman

Your Address 4321 S. King Dr          Chicago          Il. 60653
               Street, Apt. #                  City              State    Zip Code

Your Phone Number 773-439-9748          Attorney Number (if any) _____

Your Email rsvpbet@yahoo.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.



## NEXT STEP:

File this form at the Circuit Court Clerk's office. You can file this form at any point during your case.
More information on how to do that can be found here: ilcourts.info/forms.

## THEN:

You should only have to go to court for a hearing on your *Application* if the judge needs more information from you (735 ILCS 5/5-105 and 5/5-105.5; Illinois Supreme Court Rule 298). The judge will notify you if you need to go to court or give more information. This may include documents showing your income, value of belongings (including real estate) and expenses.

Learn more about each step in the process by reading through our Instructions document: ilcourts.info/fee-waiver-instructions.

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** _____
_County Where You Are Filing the Case_

_Enter the case information as it appears on your other court documents._

**PLAINTIFF/PETITIONER OR IN RE** _____
_Who Started the Case_       _First, Middle, and Last Name or Business Name_

**DEFENDANT/RESPONDENT** _____
_Who the Case Was Filed Against_     _First, Middle, and Last Name or Business Name_

**2025L005447**
**Judge: Calendar, B**

**Case Number**
_(Clerk fills in)_

**Your Name** (applicant): _____
_First_          _Middle_          _Last Name_

**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the _Application for Waiver of Court Fees_ and orders (check 1, 2, 3, or 4):

## ☐ 1. GRANTED – FULL WAIVER

The _Application for Waiver of Court Fees_ is **granted**, effective on the date the _Application_ was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because (check A, B, or C):

☐ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**– OR –**

☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**– OR –**

☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

_This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms._

WA-O 604.7          Page 1 of 3          (1/24)

Case Number _____

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: _____
<br>*Month, Day, Year*

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____

_____

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application*.

The specific eligibility questions are:

_____

_____

_____

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended)** *Application* that includes the missing information listed above.

Case Number _____

☐ **B. Attend a court date.**

If a hearing is set, it must be set within **30 days** of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply)*:

Date: _____          Time: _____
*Month, Day, Year*                           *Include AM or PM*

☐ **Remotely** (video or telephone option)

By video conference at: _____
*Video conference website*

_____
*Video conference log-in information, meeting ID, password, etc.*

By telephone at: _____
*Call-in number for telephone remote appearance*

☐ **In person** at: _____
*Courtroom Address*                                      *Courtroom Number*

If remote and in-person options are both checked, you may choose either option.

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

☐ Provide documents at the hearing.

☐ Submit documents before the hearing. Instructions about when and how to submit:

_____

Required documents are:

_____

_____

## ☐ 4. DENIED – DOES NOT QUALIFY

The *Application for Waiver of Court Fees* is **denied**. The applicant does not qualify for a fee waiver because *(must state specific reason)*:

_____

_____

The applicant must pay all the fees, costs, and charges currently due by:

_____
*Month Day, Year*

**If Application** was granted, this order expires one year from the date of this order. The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

## ENTERED:

Judge: _____          Date: _____
                                                      *Month, Day, Year*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW, DIVISION

Jimalita Tillman _____ )
                                  )
    Plaintiff(s)                  )
                                  )
    -v-                           )        NO. 2025L005447 _____
                                  )
Shannon Sharpe, Chad Johnson,     )
Christian Dear, + Shay Shay Media )
    Defendant(s)                  )

## STRIKE/DISMISSAL ORDER

This cause coming before the Court on the Plaintiff(s)' Motion for Supreme Court Rule 298 Waiver of Fees, the Court having granted/denied the Plaintiff's Motion by separate order entered this date, the Court having reviewed the Plaintiff(s)' complaint pursuant to 735 ILCS 5/2-603(a), the Court ORDERS as follows:

☐   The Plaintiff complaint fails to state factually sufficient cause(s) of action, and it is stricken. The Plaintiff is given leave to file an amended complaint with all factually required elements, no later than_____with a copy delivered to Room 2005, Daley Center, no later than_____. Failure to submit an amended complaint will result in the case being dismissed for want of prosecution.

☐   The Plaintiff complaint is filed by a party who has no standing or capacity to represent another party and is dismissed with prejudice,

☐   The Plaintiffs(s)' complaint fails to state a cause of action which is legally recognized under Illinois, and no amendment or additional facts can ever be stated to grant the Plaintiff(s) the relief requested. The Plaintiff(s)' complaint is dismissed with prejudice, with no leave to amend, and is final and appealable.

☐   The Plaintiff complaint requests relief against parties who cannot be sued in Illinois state courts, including, but not limited to United States government agencies, departments and/or officials, Illinois state government agencies, departments, and/or officials. The Plaintiff(s) complaint is dismissed as to these parties with prejudice, with no leave to amend, and is final and appealable.

☑   All further proceedings shall be before the assigned ~~motion~~ *transferred* judge on the assigned ~~motion~~ calendar W  *commercial* as related to case number 25L5445   *commercial*   4414 8282

                                                                                    18C3

                                                                                    4619

                                    ENTER: _Kathy M Flanagan_____

                                    Judge _____ No. _____

*Case Management is*
*Set on June 25, 2025*
*at 9 a.m. before*
*Judge Donnelly in Courtroom*
*1912 in person.*

## ENTER

APR 2 4 2025

KATHY M. FLANAGAN #267

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** _Cook County_
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** _Jimalita Tillman_
*Who started the case.*          *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** _Shannon Shape_
*Who the case was filed against.*   _Chad Johnson_
_Shay Shay Media_
*First, Middle, and Last Name or Business Name*

**FILED**
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

_2025L005447_
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☒ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: _____
*Courthouse Street Address*

- or -

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*          *Time*                    *Courtroom Number*

Case Number: 2025 L 005447

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
  *Courtroom Address*                    *Courtroom Number*

☐ **Remotely** (video or telephone)

  **By video conference** at: _____
    *Video Conference Website*

  Log-in information: _____
    *Video Conference Log-in Information, Meeting ID, Password, etc.*

  **By telephone** at: _____
    *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____  or  Website: _____
  *Circuit Clerk's Phone Number*                *Website URL*

_____          _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 20,000,000
   *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
   ☐ Yes  ☒ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

   ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

   ☒ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: ___2___.
   *Number*

b. First Defendant/Respondent's **primary address/information** for service:

   Name: Shannon Sharpe   Shay Shay Media
   *First, Middle, and Last Name, or Business Name*

   Registered Agent's Name *(if you are serving the Registered Agent of a business)*:
   Lanny J. Davis + Associates
   *First, Middle, and Last Name*

   Street Address: 1900 M. Street NW
   *Street, Apt #*

   City, State, ZIP: Washington    DC    20036
   *City*          *State*    *Zip*

   Telephone: 202-756-8211   Email: ldavis@lennysdavis.com
   202-233-4506

SU-S 1503.7                  Page 2 of 6                        (11/24)

Case Number: 2 0 2 5 L 0 0 6 5 4 4 7

c. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
                 *Street, Apt #*

City, State, ZIP: _____
            *City*                  *State*     *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective

☒ Sheriff outside Illinois: District of Columbia
                    *County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Jimalita Tillman
      *First, Middle and Last Name*

Registered Agent's name, if any _____
                       *First, Middle and Last Name*

Street Address 4321 S. king Dr
         *Street, Apt #*

City, State, ZIP: Chicago IL 60653
         *City*           *State*     *Zip*

Telephone: 773-439-9748 Email: rsvpbet@yahoo.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

🛑 **STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: ~~Martyena T. Spyropoulos~~ APR 2 4 2025    *Seal of Court*

Clerk of the Court: _____ MARTIANA T. SPYROPOULOS
                                     CLERK OF CIRCUIT COURT

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

Note to officer or process server:

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

---

*Case Number:* _____



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
o Read all documents attached to this *Summons*.
o All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
o You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
o When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
o You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
o If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
o After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
o You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
o You **must** attend court on the date listed in Section 2 of this *Summons*.
o If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
o Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
o Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
o You can also get free legal information and legal referrals at illinoislegalaid.org.
o If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
APR 2 4 2025
MARIANNA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Jimalita Tillman
*Who started the case.*    *First, Middle, and Last Name or Business Name*

**2025L005447**
**Case Number**

**DEFENDANTS/RESPONDENTS:** Shannon Sharpe, Chad Johnson
*Who the case was filed against.*    Christian Dear   Shay Shay media

*First, Middle, and Last Name or Business Name*

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

**A.** Defendant/Respondent's **primary address/information** for service:

Name: Christian Dear
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Lanny J. Davis
*First, Middle, and Last Name*

Street Address: 1900 M. Street
*Street, Apt #*

City, State, ZIP: Washington DC 20036
*City*    *State*    *Zip*

Telephone: 202-756-8211    Email: ldavis@lannysDavis@com
ldavis@lannysdavis.com

**B.** **Second address** for this Defendant/Respondent:
☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
*City*    *State*    *Zip*

Telephone: 202-235-4506    Email: _____

**C.** Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☑ Sheriff outside Illinois: District of Columbia
*County & State*

---

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Jimalita Tillman
*Who started the case.*    *First, Middle, and Last Name or Business Name*

Case Number
2025L005447

**DEFENDANTS/RESPONDENTS:** Shannon Sharpe, Shay Shay me
*Who the case was filed against.* Chad Johnson, Christian Dea

*First, Middle, and Last Name or Business Name*

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the Summons.*

**A.** Defendant/Respondent's **primary address/information** for service:

Name: Chad Johnson   Shay Shay Media
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*
Lanny J. Davis
*First, Middle, and Last Name*

Street Address 1900 M. Street NW
*Street, Apt #*

City, State, ZIP: Washington, DC 20036
*City*        *State*        *Zip*

Telephone: 202-756-8211   Email: ldavis@lannysdavis.com

**B.** **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
*City*        *State*        *Zip*

Telephone: 202-235-4506 Email: _____

**C.** Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☒ Sheriff outside Illinois: District of Columbia
*County & State*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*
SU-AD 1506.2                Page 1 of 1                (11/24)

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

**FILED**
APR 24 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** _Jimalita Tillman_
*Who started the case.*       *First, Middle, and Last Name or Business Name*

**Case Number**
_2025L005447_

**DEFENDANTS/RESPONDENTS:** _Shannon Sharpe, Chad Johnson_
*Who the case was filed against.*   _Shay Shay Media, Christian Dear_

*First, Middle, and Last Name or Business Name*

> Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons.*

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the Summons.*

A. Defendant/Respondent's **primary address/information** for service:

Name: _Shay Shay Media_
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*
_Lanny J. Davis_
*First, Middle, and Last Name*

Street Address _1900 m. Street_
*Street, Apt #*

City, State, ZIP: _Washington DC  20036_
*City*          *State*         *Zip*

Telephone: _202-235-4506_  Email: _ldavis@lannyjdavis.com_

B. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
*City*          *State*         *Zip*

Telephone: _____  Email: _____

C. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☒ Sheriff outside Illinois: _District of Columbia_
*County & State*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms.*
SU-AD 1506.2                Page 1 of 1                (11/24)

Case Number: _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** _____
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** _____
*Who started the case.*          *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** _____
*Who the case was filed against.*

_____

_____
*First, Middle, and Last Name or Business Name*

**Case Number**

🛑 **STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
   ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address, Unit#: _____

   City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
   Name of person served: _____
   *First, Middle, Last Name*
   ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address, Unit#: _____

   City, State, ZIP: _____
   and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

   address on this date: _____.

SU-S 1503.7                          Page 5 of 6                          (11/24)

*Case Number:* _____

☐ On the **Business's agent:** _____

                               *First, Middle, Last Name*

       ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

     On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

     Address, Unit#: _____

     City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

     Address, Unit#: _____

     City, State, ZIP: _____
     Other information about service attempt:

     _____

     _____

     _____

**Second Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

     Address, Unit#: _____

     City, State, ZIP: _____
     Other information about service attempt:

     _____

     _____

     _____

**Third Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

     Address, Unit#: _____

     City, State, ZIP: _____
     Other information about service attempt:

     _____

     _____

     _____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____  Print Your Name _____

You are: ☐ Sheriff in Illinois           ☐ Special process server
        ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                           *County and State*                                           *License number*

**FEES:**

     Service and Return: $_____  Miles: $_____  Total: $_____

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE** Jimalita Tillman
*Who Started the Case*     *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** Shannon Sharpe, Chad Johnson, Christian Dear, + shay shay media
*Who the Case Was Filed Against*     *First, Middle, and Last Name or Business Name*

2025L005447
**Case Number**
*(Clerk fills in)*

**Your Name** (applicant):    Jimalita           Tillman
           *First*            *Middle*           *Last Name*

**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders (*check 1, 2, 3, or 4*): 4375

### ☒ 1. GRANTED – FULL WAIVER

The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because (*check A, B, or C*):

☒ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**– OR –**

☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**– OR –**

☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms*.

WA-O 604.7          Page 1 of 3          (1/24)

Case Number  2025L005447

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: _____
<div align="right">*Month, Day, Year*</div>

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____

_____

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application*.

The specific eligibility questions are:

_____

_____

_____

_____

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended)** *Application* that includes the missing information listed above.

Case Number  2025L005447

☐ **B. Attend a court date.**

*If a hearing is set, it must be set within **30 days** of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).*

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply):*

Date: _____          Time: _____
         *Month, Day, Year*                                   *Include AM or PM*

☐ **Remotely** (video or telephone option)

    By video conference at: _____
                                    *Video conference website*

    _____
      *Video conference log-in information, meeting ID, password, etc.*

    By telephone at: _____
                      *Call-in number for telephone remote appearance*

☐ **In person** at: _____
               *Courtroom Address*                         *Courtroom Number*

*If remote and in-person options are both checked, you may choose either option.*

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

    ☐ Provide documents at the hearing.

    ☐ Submit documents before the hearing. Instructions about when and how to submit:

    _____

    Required documents are:
    S_____
    S_____

## ☐ 4. DENIED – DOES NOT QUALIFY

The *Application for Waiver of Court Fees* is **denied**. The applicant does not qualify for a fee waiver because *(must state specific reason):*

_____

_____

The applicant must pay all the fees, costs, and charges currently due by:

_____
   *Month Day, Year*

**If *Application* was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

ENTERED:

Judge: *Kathy M Flanagan*          Date: _____
                                          *Month, Day, Year*

ENTER

APR 2 4 2025

KATHY M. FLANAGAN #267

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JIMALITA TILLMAN,

*Plaintiff,*

v.

SHANNON SHARPE, ET. AL.,

*Defendants.*

CASE NO. 2025-L-005447

JUDGE THOMAS MORE DONNELLY

CALENDAR W

COURTROOM 1912

Order

This matter comes before the court. Due notice having been having been provided, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. Defendants to by served by October 24, 2025, or this matter may be dismissed pursuant to Sup. Ct. Rule 103(b).

2. If service is effectuated, Plaintiff's Motion for Default Judgement will be heard on November 3, 2025, at 9:00 AM via Zoom Videoconferencing: Meeting ID: 921 0771 7798 Password: 881878 or in person in Courtroom 1912 of the Daley Center.

3. Plaintiff to provide the court by October 27, 2025, the following at the top of the packet via email to law.calwcc@cookcountyil.gov and hard copy in the bin located outside Courtroom 1912:

   (a) affidavit with proof of service on Defendants;

   (b) affidavit of damages which includes a business ledger demonstrating amount due; and

   (c) affidavit of attorneys fees with contemporaneous billing records and costs.

4. Failure to provide these documents may result in the entry of a DWP for Plaintiff.

ENTERED

ENTERED
Judge Thomas More Donnelly-1803

JUN 25 2025

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Judge Thomas More Donnelly #1803

1 of 1

Edited 5-8-24

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
JUN 26 2025
MARIYANA Ḻ.SPIṞÓPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Jimalita Tillman
*Who started the case.* *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Shannon Sharpe, Shay Shay and
*Who the case was filed against.* Christian Dear, Chad Johnson

*First, Middle, and Last Name or Business Name*

**Case Number** 2025L005447

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons.*

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

Enter the name and address of the next person who will be served with the Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Shannon Sharpe
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

_____
*First, Middle, and Last Name*

Street Address 867 Carlton Ridge Atlanta
*Street, Apt #*

City, State, ZIP: Atlanta GA 30342
*City* *State* *Zip*

Telephone: _____ Email: 84inquiries@gmail.com

B. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.
☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address 1120 20th Street
*Street, Apt #*

City, State, ZIP: Washington DC 20036
*City* *State* *Zip*

Telephone: 202-235-4506 Email: ldavis@lenaysDavis.com

C. Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
JUN 26 2025
MARIYANA T. SPIRAOPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Jimalide Tillmen
*Who started the case.*      *First, Middle, and Last Name or Business Name*

**Case Number** 2025L005447

**DEFENDANTS/RESPONDENTS:** Shannon Sharpe, Shay Shel
*Who the case was filed against.*   Christian Dear, Chad Johns

*First, Middle, and Last Name or Business Name*

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons.*

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Christian Dear
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*

_____
*First, Middle, and Last Name*

Street Address: 9610 Zelzah Ave  302
*Street, Apt #*

City, State, ZIP: Northridge   CA   91325
*City*            *State*      *Zip*

Telephone: 314-660-0510   Email: CS@pinkdearllc.com

B. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☒ I have another address where this Defendant/Respondent might be found. It is:

Street Address: 3400 Cottage Way
*Street, Apt #*

City, State, ZIP: Sacramento CA   95825
*City*            *State*      *Zip*

Telephone: _____ Email: heather@pinkdear.com

C. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

---

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms.*
SU-AD 1506.2                    Page 1 of 1                    (11/24)

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
JUN 26 2025
MARIYANA T. SPIROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

COUNTY: Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Jimalita Tillman
*Who started the case.*    *First, Middle, and Last Name or Business Name*

Case Number: 2025L005447

**DEFENDANTS/RESPONDENTS:** Shannon Sharpe, Chad John
*Who the case was filed against.* Christian Dear Shay Slayman

*First, Middle, and Last Name or Business Name*

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the Summons.*

A. Defendant/Respondent's **primary address/information** for service:

Name: Chad J Johnson
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*

_____
*First, Middle, and Last Name*

Street Address 1051 NW 44th Street
*Street, Apt #*

City, State, ZIP: Miami    FL    33127
*City*    *State*    *Zip*

Telephone: 786-510-0411    Email: sanmojc@hotmail.com

B. **Second address** for this Defendant/Respondent:

[X] I do **not** have another address where the Defendant/Respondent might be found.
[ ] I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
*City*    *State*    *Zip*

Telephone: _____ Email: _____

C. Person who will serve your documents on this Defendant/Respondent:
[ ] Sheriff in Illinois   [ ] Special process server   [ ] Licensed private detective
[ ] Sheriff outside Illinois: _____
*County & State*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms*.
SU-AD 1506.2      Page 1 of 1      (11/24)

*Case Number:*_____

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____   at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

    Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

    Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

    Address, Unit#: _____

    City, State, ZIP: _____

    Other information about service attempt:

_____

_____

_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____    Print Your Name _____

You are: ☐ Sheriff in Illinois        ☐ Special process server

        ☐ Sheriff outside Illinois: _____ ☐ Licensed private detective, license number: _____

                               *County and State*                                      *License number*

**FEES:**

    Service and Return: $_____    Miles: $_____    Total: $_____

Case Number: _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** _____
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** _____
*Who started the case.*    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** _____
*Who the case was filed against.*

_____

_____
*First, Middle, and Last Name or Business Name*

**Case Number**
_____

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above
address on this date: _____.



*Case Number:* 2025L005447

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.


## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out all the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: 2025 L 005447

c.  **Second address** for this Defendant/Respondent:
☐ I have **not** have another address where the Defendant/Respondent might be found.
☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address: 867 Carlton Ridge Dr
_____
       *Street, Apt #*

City, State, ZIP: ~~Chicag~~ Atlanta GA     30342
        *City*                  *State*      *Zip*

Telephone: _____ Email: _____

d.  **Person who will serve your documents on this Defendant/Respondent:**
☐ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
       *County & State*

---

## PLAINTIFF/PETITIONER INFORMATION:

Enter your information below.

Name Jimalita Tillman
     *First, Middle and Last Name*

Registered Agent's name, if any _____
                           *First, Middle and Last Name*

Street Address 4321 S. King Dr
        *Street, Apt #*

City, State, ZIP: Chicago    IL    60653
         *City*                  *State*      *Zip*

Telephone: 773-439-9748    Email: rsvpbet@yahoo.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____

                                  MARIYANA T. SPYROPOULOS
                                  CLERK OF CIRCUIT COURT

Clerk of the Court: Mariyana T. Spyropoulos JUN 26 2025      *Seal of Court*

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

Case Number: _2025L005447_

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person at:** _____
    *Courtroom Address*                                     *Courtroom Number*

☐ **Remotely** (video or telephone)

   **By video conference at:** _____
        *Video Conference Website*

   **Log-in information:** _____
        *Video Conference Log-in Information, Meeting ID, Password, etc.*

   **By telephone at:** _____
        *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

**Phone:** _____  **or  Website:** _____
    *Circuit Clerk's Phone Number*                          *Website URL*

---

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition:* $ _20,000,000_
   *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition.*
   ☐ Yes   ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

   ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

   ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _3_ .
                                                    *Number*

b. First Defendant/Respondent's **primary address/information** for service:

   **Name:** _Shannon Sharpe Shay Shay Media_
        *First, Middle, and Last Name, or Business Name*

   Registered Agent's Name *(if you are serving the Registered Agent of a business):*
   _H20 Lanny J Davis_
        *First, Middle, and Last Name*

   **Street Address:** _1120 20th Street NW_
                *Street, Apt #*

   **City, State, ZIP:** _Washington DC 20036_
                *City*              *State*        *Zip*

   **Telephone:** _ldavis@lannyJDavis.com_ **Email:** _202-235-4506_

# SUMMONS

**IN THE STATE OF ILLINOIS, CIRCUIT COURT**

☑ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** _Jimalta Tillman_
*Who started the case.*     *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** _Shay Shay McKee, Shannon_
*Who the case was filed against.* _Sharp, Chad Johnson,_
_Christian Dear_
*First, Middle, and Last Name or Business Name*

**FILED**
JUN 26 2025
MARIYANA I. SPIRUPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

_2025L 005447_
**Case Number**

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

> **For the person filling out this form: Read all instructions in this box.**
>
> This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.
>
> Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.
>
> - Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
> - Use a **30-day summons** for most other case types.
>
> Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
>
> **If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: _50 W Washington Chicago IL 60602_
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____
*Month, Day, Year*     *Time*        *Courtroom Number*

# CERTIFICATION FOR EXEMPTION FROM E-FILING
### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**
JUN 26 2025
MARIYANA T. SPIROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

COUNTY: _COOK_
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Jimalida Tillman
*Who started the case.* | *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Shannon Sharpe, Chad Johnson
*Who the case was filed against.* Christian Dear Shay Shay Media

*First, Middle, and Last Name, or Business Name*

Case Number: 2025C005447

You are automatically exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; or
- your disability prevents you from e-filing.

1. **I am not able to e-file documents in this case because:**
*Check why you are asking to file by mail, in person, or another way.*
- [x] I do not have a lawyer and at least one of the following statements is true:
  - I do not have the Internet or computer access in the home and travel presents a hardship (financial or otherwise);
  - I have trouble reading, writing, or speaking in English, or
  - I tried to e-file my forms, but was not able to complete the process because the equipment or help I need was not available.
- [ ] I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

2. **For the reason above, I am entitled to a good cause exemption from e-filing under Illinois Supreme Court Rule 9(c)(5).**

## SIGN
I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

Your Signature /s/ Jimalida Tillman    Print Your Name Jimalida Tillman

Your Phone Number 773-439-9745    Attorney Number (if any) _____

Your Email (if you have one) rsupbet@yahoo.com

Your Address 4321 S. King Dr Chicago IL 60653
*Street, Apt. #* *City* *State* *Zip Code*

Be sure to check your email every day so you do not miss important information, court dates, or documents from other parties.

IN THE COOK COUNTY CIRCUIT COURT, STATE OF ILLINOIS

| | |
|---|---|
| **Jinalta Tillman** | Case No.: **2025L005447** |
| Plaintiff/Petitioner | |
| vs. | |
| **Shay Shay Media; Chad Johnson; Christian Dear; Shannon Sharpe** | AFFIDAVIT OF SERVICE OF **Summonses; CIVIL ACTION COVER SHEET - CASE INTIATION; COMPLAINT** |
| Defendant/Respondent | |

I, **Ethan Timothy Hammock**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, LLC 1099 Stewart St, Suite 700, Seattle, WA 98101 License No 117-001765 or I am a registered private detective or a registered employee of a private detective agency.

On the **27th day of June, 2025 at 4:30 PM**, I, **Ethan Timothy Hammock, SERVED Shannon Sharpe at 867 Carlton Rdg NE, Atlanta, Fulton County, GA 30342** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **an individual who refused to provide their name**, who is 13 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

On 06/29/2025 _____ a copy was mailed in a sealed envelope with postage fully prepaid, addressed to **Shannon Sharpe** at his/her usual place of abode.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **I delivered the documents to an individual who refused to give their name who identified themselves as the resident. The individual tried to refuse service by not opening door and stated that the defendant was not currently at home. (documents left, seen by subject). The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Service Fee Total: **$85.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct.

| | | |
|---|---|---|
| NAME: _____ | N/A | 06/28/2025 |
| Ethan Timothy Hammock | Server ID # | Date |

# CERTIFICATION FOR EXEMPTION FROM E-FILING

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

**FILED**
**JUN 30 2025**
MARIYANA ? SPIRUPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

_2025L005447_
**Case Number**

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** _Jimalite Tillman_
*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** _Shay Shay Media, Chad Johnson_
*Who the case was filed against.*  _Christian Dear Shannon Sla?_

*First, Middle, and Last Name, or Business Name*

---

You are automatically exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; or
- your disability prevents you from e-filing.

1. **I am not able to e-file documents in this case because:**
   *Check why you are asking to file by mail, in person, or another way.*

   [X] I do not have a lawyer and at least one of the following statements is true:
   - I do not have the Internet or computer access in the home and travel presents a hardship (financial or otherwise);
   - I have trouble reading, writing, or speaking in English, or
   - I tried to e-file my forms, but was not able to complete the process because the equipment or help I need was not available.

   [ ] I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

2. **For the reason above, I am entitled to a good cause exemption from e-filing under Illinois Supreme Court Rule 9(c)(5).**

---

**SIGN**

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

**Your Signature** /s/ _Jimalite Till_   **Print Your Name** _Jimalite Tillman_

**Your Phone Number** _773-439-9748_   **Attorney Number (if any)** _____

**Your Email (if you have one)** _rsvphoto@yahoo.com_

**Your Address** _4321 S King Dr   Chicago IL   60653_
            *Street, Apt. #*          *City*          *State    Zip Code*

Be sure to check your email every day so you do not miss important information, court dates, or documents from other parties.

---

FILED
JUL 03 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

IN THE COOK COUNTY CIRCUIT COURT, STATE OF ILLINOIS

**Jimalita Tillman**

Plaintiff/Petitioner

vs.

**Shannon Sharpe; Et Al**

Defendant/Respondent

Case No.: **2025L005447**

AFFIDAVIT OF SERVICE OF
**Complaint; Summons**

I, **Neame Saca Flores**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, LLC 1099 Stewart St, Suite 700, Seattle, WA 98101 License No 117-001765 or I am a registered private detective or a registered employee of a private detective agency.

On the **3rd day of July, 2025 at 10:17 AM**, I, **Neame Saca Flores**, SERVED **Christian dear** at 9610 Zelzah Ave Apt 302, Northridge, Los Angeles County, CA 91325 in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Christian dear**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Christian dear with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a goatee. Also I've talked to Citicorp management office and said they don't have an a manger onsite as the residents own the properties Citicorp number 8188945805**

Service Fee Total: **$75.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct.

NAME: _____          2024080535          07/03/2025

Neame Saca Flores                              Server ID #                       Date

REF: **5446 Gil**



# CERTIFICATION FOR EXEMPTION FROM E-FILING

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

**F I L E D**
JUL 03 2025
MARIVANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** _Jimalita Tillman_
*Who started the case.* *First, Middle, and Last Name, or Business Name*

_2025L5447_
**Case Number**

**DEFENDANTS/RESPONDENTS:** _Shannon Sharpe Christian Dear_
*Who the case was filed against.* _Shay Shay Media Chud Johnson_

*First, Middle, and Last Name, or Business Name*

> You are automatically exempt from e-filing and you do not need to file this *Certification* if:
> - you are in jail or prison;
> - you are filing a will;
> - you are filing into a juvenile case; or
> - your disability prevents you from e-filing.

1. **I am not able to e-file documents in this case because:**
   *Check why you are asking to file by mail, in person, or another way.*

   ☒ I do not have a lawyer and at least one of the following statements is true:
   - I do not have the Internet or computer access in the home and travel presents a hardship (financial or otherwise);
   - I have trouble reading, writing, or speaking in English, or
   - I tried to e-file my forms, but was not able to complete the process because the equipment or help I need was not available.

   ☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

2. **For the reason above, I am entitled to a good cause exemption from e-filing under Illinois Supreme Court Rule 9(c)(5).**

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

**Your Signature** /s/ _Jimalita Tillman_   **Print Your Name** _Jimalita Tillman_

**Your Phone Number** _773-439-9748_   **Attorney Number (if any)** _____

**Your Email (if you have one)** _rsvpbest@yahoo.com_

**Your Address** _4321 Filang Ir_   _Chicago_   _IL_   _60653_
*Street, Apt. #*   *City*   *State*   *Zip Code*

Be sure to check your email every day so you do not miss important information, court dates, or documents from other parties.

<div align="center">

**District 1**

# Case Summary

## Case No. 2025L005447

</div>

| | | | |
|---|---|---|---|
| **Jimalita Tillman-vs-Shannon** | § | Location: | **District 1** |
| **Sharpe,Christian Dear,Chad** | § | Judicial Officer: | **Calendar, W** |
| **Johnson,Shay Shay Media** | § | Filed on: | **04/24/2025** |
| | § | Case Number History: | **2025L005447** |

---

<div align="center">

## Case Information

</div>

| | |
|---|---|
| Case Type: | Libel/Slander - Non Jury |
| Case Status: | **04/24/2025 Pending** |
| Case Flags: | **100% Fee Waiver Granted** |

---

<div align="center">

## Assignment Information

</div>

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L005447 |
| Court | District 1 |
| Date Assigned | 04/24/2025 |
| Judicial Officer | Calendar, W |

---

<div align="center">

## Party Information

</div>

| | |
|---|---|
| **Plaintiff** | **Tillman, Jimalita** |
| | 4321 South King DR |
| | Chicago, IL 60653 |
| **Defendant** | **Dear, Christian** |
| | **Johnson, Chad** |
| | **Sharpe, Shannon** |

**Shay Shay Media**

---

## Events and Orders of the Court

---

11/03/2025    **Default Hearing**   (9:00 AM)   (Judicial Officer: Donnelly, Thomas M)
      Resource: Location L1912 Court Room 1912
      Resource: Location D1 Richard J Daley Center

07/03/2025   
Affidavit Of Service Filed
      Party:   Plaintiff Tillman, Jimalita

07/03/2025   
E-Filing Exemption - Filed
      Party:   Plaintiff Tillman, Jimalita

06/30/2025   
E-Filing Exemption - Filed
      Party:   Plaintiff Tillman, Jimalita

06/30/2025   
Affidavit Filed
      Party:   Plaintiff Tillman, Jimalita

06/26/2025   
Alias Summons Issued
      Party:   Plaintiff Tillman, Jimalita

06/26/2025   
E-Filing Exemption - Filed
      Party:   Plaintiff Tillman, Jimalita

06/25/2025   
Execute Or Perform - Allowed -     (Judicial Officer: Donnelly, Thomas M)
      Party:   Defendant Sharpe, Shannon

06/25/2025   
Courtesy Copies Required - Allowed     (Judicial Officer: Donnelly, Thomas M)
      Party:   Plaintiff Tillman, Jimalita

06/25/2025   
Execute Or Perform - Allowed -     (Judicial Officer: Donnelly, Thomas M)
      Party:   Plaintiff Tillman, Jimalita

06/25/2025    
     Default - Continued -    (Judicial Officer: Donnelly, Thomas M)
       Party:   Defendant Sharpe, Shannon

06/25/2025    
     **Continued Case Management**   (9:00 AM)   (Judicial Officer: Donnelly, Thomas M)
     Resource: Location L1912 Court Room 1912
     Resource: Location D1 Richard J Daley Center
     **MINUTES - 06/25/2025**

     
     Execute Or Perform - Allowed -    (Judicial Officer: Donnelly, Thomas M)
       Party:   Defendant Sharpe, Shannon

     
     Courtesy Copies Required - Allowed     (Judicial Officer: Donnelly, Thomas M)
       Party:   Plaintiff Tillman, Jimalita

     
     Execute Or Perform - Allowed -    (Judicial Officer: Donnelly, Thomas M)
       Party:   Plaintiff Tillman, Jimalita

         
         Default - Continued -    (Judicial Officer: Donnelly, Thomas M)
           Party:   Defendant Sharpe, Shannon

     **Default Hearing**   (11/03/2025 at 9:00 AM)   (Judicial Officer: Donnelly, Thomas M)
       Resource: Location L1912 Court Room 1912
       Resource: Location D1 Richard J Daley Center
     Allowed;

06/18/2025    *CANCELED* **First Time Case Management**   (10:00 AM)   (Judicial Officer: Barrett, Michael B)
       Resource: Location L2202 Court Room 2202
       Resource: Location D1 Richard J Daley Center
       *Order of Court*

04/24/2025    
     Summons Issued And Returnable
       Party:   Plaintiff Tillman, Jimalita

04/24/2025



Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Flanagan, Kathy M)
    Party:   Plaintiff Tillman, Jimalita

04/24/2025     

    Assign To Judge Within Division     (Judicial Officer: Flanagan, Kathy M)
        *1803 j donnelly*
        Party:   Plaintiff Tillman, Jimalita
        *1803 j donnelly*

04/24/2025     

    Case Set On Individual Calendar     (Judicial Officer: Flanagan, Kathy M)
        Party:   Plaintiff Tillman, Jimalita

04/24/2025



298 Plaintiff/Petitioner- 100% - Granted/Allowed     (Judicial Officer: Flanagan, Kathy M)
    Party:   Plaintiff Tillman, Jimalita

04/24/2025

    E-Filing Exemption - Filed
        Party:   Plaintiff Tillman, Jimalita

04/24/2025

    Libel/Slander Complaint Filed
        Party:   Plaintiff Tillman, Jimalita

04/24/2025

    298 Petition Filed-Plaintiff/Petitioner
        Party:   Plaintiff Tillman, Jimalita

04/24/2025     New Case Filing

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


JIMALITA TILLMAN,

              Plaintiff,

      v.                                        Case No. [TBD]

SHANNON SHARPE, SHAY SHAY MEDIA,
CHAD JOHNSON, CHRISTIAN DEAR.

              Defendants.


## CONSENT TO REMOVAL

Now comes Defendant Christian Dear, who states as follows:

      1.      I am over the age of 18, have personal knowledge of the facts contained in this declaration, and if called as a witness, could competently testify to the same.

      2.      I am a Defendant in this matter.

      3.      I consent to removing the above-captioned lawsuit to the Northern District of Illinois, Eastern Division.


**Signature Under Penalty Of Perjury**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July __, 2025                _____

                                              Christian Dear

# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JIMALITA TILLMAN,

               Plaintiff,

    v.                                       Case No. [TBD]

SHANNON SHARPE, SHAY SHAY MEDIA,
CHAD JOHNSON, CHRISTIAN DEAR.

               Defendants.

## <u>CONSENT TO REMOVAL</u>

Now comes Defendant Chad Johnson, who states as follows:

      1.      I am over the age of 18, have personal knowledge of the facts contained in this declaration, and if called as a witness, could competently testify to the same.

      2.      I am a Defendant in this matter.

      3.      I consent to removing the above-captioned lawsuit to the Northern District of Illinois, Eastern Division.

      4.      I am giving this consent to removal without waiver of any defenses, including without waiver of any defenses based upon a lack of service of process and/or a lack of personal jurisdiction  To the best of my knowledge, I have not been served with the summons or complaint in this matter.

**Signature Under Penalty Of Perjury**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25 , 2025

                                           _____

                                           Chad Johnson